UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ST. AMANT,

       Plaintiff,

vs.

Case No. 05-CV-72900

HON. GEORGE CARAM STEEH

TAYLOR POLICE DEPARTMENT,
THE CITY OF TAYLOR, CATHERINE
WRIGHT-VOLANTE, DAVID COWELL,
WALTER HOWELL, PIETRO
DEGUILI, JOHN DOE OFFICER #5,
AND JOHN DOE OFFICER #6,

       Defendants.
_____/

## JUDGMENT

The above entitled matter has come before the court on defendants' motion for summary judgment, and in accordance with the court's order granting that motion entered on August 14, 2006,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendants.

                DAVID J. WEAVER
                CLERK OF THE COURT

                BY: s/Josephine Chaffee
                    DEPUTY COURT CLERK

Dated: August 14, 2006